**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. <u>26-mj-8086-BER</u>**

IN RE:

**SEALED COMPLAINT**

_____/

<u>**MOTION TO SEAL**</u>

> FILED BY_____*TM*_____D.C.
>
> **Jan 30, 2026**
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - WPB

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully moves this Honorable Court to enter an order to seal the attached Criminal Complaint, Affidavit and supporting documentation in this matter. The subjects of the investigation are unaware of the ongoing investigation and disclosure of these documents may lead the subjects to flee, change patterns of behavior, tamper with or destroy evidence, or intimidate potential witnesses. As the Defendant in this case is in the process of fleeing prosecution, the United States also respectfully requests that any seal order permits the release of the Complaint and the information contained within it to foreign authorities for the purposes of apprehending and prosecuting the Defendant.

WHEREFORE, the United States requests that the Court sign the attached order sealing the accompanying Criminal Complaint, Affidavit and supporting documentation for one year, or until further order of the Court.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _*/s/ Suzanne Huyler*_____
    SUZANNE HUYLER
    Assistant United States Attorney

Court No. A5503350
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1013
Suzanne.Huyler@usdoj.gov