**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-mj-8086-BER**

IN RE:

SEALED COMPLAINT

_____/

FILED BY ____TM____ D.C.

**Jan 30, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**ORDER TO SEAL**

THIS CAUSE having come before this Court on the government's Motion to Seal the accompanying Criminal Complaint, Affidavit and supporting documentation, and it appearing to the Court that good cause has been presented for the granting of such motion,

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit and supporting documentation, in this matter be SEALED for one year, or until further order of the Court,

Except that the government is permitted to release the Complaint and the information contained within it to foreign authorities as necessary to apprehend the Defendant named in the Complaint or to pursue his prosecution under the Complaint.

DONE AND ORDERED at West Palm Beach, Florida, this _____ day of January 2026.

Bruce
Reinhart

Digitally signed by
Bruce Reinhart
Date: 2026.01.30
12:32:32 -05'00'

_____
HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA