UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  26-mj-8086-BER

IN RE:

SEALED CRIMINAL COMPLAINT

_____/

FILED BY____TM____D.C.

Mar 18, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**MOTION TO UNSEAL**

COMES NOW the United States of America, by and through the undersigned Trial Attorney, and hereby requests this Honorable Court to unseal the Criminal Complaint, Affidavit and supporting documentation filed under the above-referenced case number as the defendant has been arrested.

Respectfully submitted,

LORINDA LARYEA
CHIEF, FRAUD SECTION

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*Claire M. Horrell*_____
Claire M. Horrell
FL Special Bar No. A5503342
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 285-5630
Email: claire.horrell@usdoj.gov