## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. __26-mj-8086-BER__

IN RE:

**SEALED CRIMINAL COMPLAINT**

_____/

FILED BY_____TM_____D.C.

**Mar 18, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**ORDER TO UNSEAL**

This cause came before this Court on the Government's Motion to Unseal. The Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Government's Motion is hereby granted, and the Clerk of the Court shall unseal the Criminal Complaint, Affidavit and supporting documentation filed under the above-referenced case number.

DONE AND ORDERED at West Palm Beach, Florida, this ____ day of March 2026.

Digitally signed by Bruce Reinhart
Date: 2026.03.18
09:06:43 -04'00'

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE