UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _26 - MJ · 8086 - BER_____

UNITED STATES OF AMERICA,
          Plaintiff,

v.                                              **NOTICE OF PERMANENT**
                                                **APPEARANCE AS COUNSEL**
                                                **OF RECORD**

                    Defendant.
_Nika Machutadze_____/

     COMES NOW _Tony Mirvis_____, and files this
appearance as counsel for the above named defendant(s). Counsel
agrees to represent the defendant(s) for all proceedings arising
out of the transaction with which the defendant(s) is/are presently
charged in the United States District Court in and for the Southern
District of Florida.

     Counsel hereby states that this appearance is unconditional
and in conformity with the requirements of Local General Rule 16
and the Special Rules Governing the Admission and Practice of
Attorneys.

     Counsel acknowledges responsibility to advise the defendant(s)
of the right of appeal, to file a timely notice of appeal if
requested to do so by the defendant(s), and to pursue that appeal
unless relieved by Court Order.

     **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS
FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _3/20/26_____

                    Attorney: _Tony Mirvis_____
                    Address: _18101 Collins Ave_____
                    City _Sunny Isles Beach_ State _Fl_ Zip Code _33160_
                    Telephone _(718) 938- 7448_____
                    Florida Bar Number: _19308_____

     The undersigned defendant(s) hereby consent(s) to the
representation of the above counsel.

                    _____
                    _Nika Machutadze_____

                    _____