**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-MJ-8086-BER**

UNITED STATES OF AMERICA
v.
NIKA MACHUTADZE,
     **Defendant.**

_____/

## ORDER SETTING DEFENDANT'S ARRAIGNMENT AND FINDING EXCLUDABLE DELAY

This matter came before the Court on the parties' Joint Motion for a Finding of Excludable Delay, filed April 15, 2026 (the "Motion"). For the reasons stated in the Motion, it is hereby ORDERED AND ADJUDGED, that the Motion is GRANTED and the arraignment and preliminary hearing of Defendant Nika Machutadze is hereby SET for June 5, 2026, at _____ before the Duty Magistrate Judge.

It is further ORDERED and ADJUDGED that, for the reasons stated in the Motion, the ends of justice served by granting the Motion outweigh the interest of the public and the Defendant in a speedy trial.

The Court finds that the period of time from April 17, 2026, to and including June 5, 2026, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

DONE AND ORDERED at West Palm Beach, Florida, this ___ day of April, 2026.

_____
THE HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE