**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-MJ-8086-BER**

**UNITED STATES OF AMERICA,**

      Plaintiff,

**vs.**

**NIKA MACHUTADZE,**

      Defendant.

_____/

### GOVERNMENT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America requests that the Court enter a protective order limiting the disclosure of discovery materials to be produced in this case. In support of this Motion, the United States maintains as follows:

1.      Defendant Nika Machutadze has been charged by complaint with money laundering conspiracy, in violation of 18 U.S.C. § 1956(h).

2.      Discovery in this matter is voluminous and includes documents and materials containing personal, confidential, identifying information of individuals, including individual identifying information of health insurance beneficiaries, all of which is described as "covered information." This includes documents and information containing health insurance information, personal medical information, and banking information, which cannot readily be redacted due to the volume of material and its format, which includes excel spreadsheets.

3.       To comply with its discovery obligations, the United States intends to provide covered information to counsel for the Defendant.

4.       The United States seeks to protect such covered information from misuse and proposes the accompanying Protective Order to limit and otherwise govern the disclosure and use of covered information.

5.       Under the proposed order, any Covered Information that is disclosed to the Defendant in this proceeding shall be held in the strictest confidence by defense counsel, and access to this material shall be restricted. Access to this information shall be permitted to defense counsel staff (including investigators) only to the extent necessary to prepare their client's defense. Such information may be further disclosed by defense counsel to their client and to any expert witnesses hired by the defense, who must review and agree to be bound by the terms of the proposed Protective Order.

6.       Persons to whom any such information is disclosed on behalf of the Defendant shall not further disclose or disseminate this information without further order of the Court.

7.       Counsel for the Defendant has no objection to the relief requested in this motion.

WHEREFORE, the United States respectfully requests that this Court enter the attached proposed Protective Order.

Dated: May 26, 2026

Respectfully submitted,

LORINDA LARYEA
CHIEF, FRAUD SECTION

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    /s/ *Claire M. Horrell*
       Claire M. Horrell

FL Special Bar No. A5503342
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
claire.horrell@usdoj.gov
Cell: (202) 285-5630

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 26, 2026, I served and filed the foregoing document with the Clerk of Court via CM/ECF.

**Dated:**   May 26, 2026

*/s/ Claire M. Horrell*
Claire M. Horrell
Trial Attorney
U.S. Department of Justice

4