**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-MJ-8086-BER**

**UNITED STATES OF AMERICA,**

      Plaintiff,

**vs.**

**NIKA MACHUTADZE,**

      Defendant.

_____/

## <u>PROTECTIVE ORDER</u>

Upon consideration of the United States' Unopposed Motion for Protective Order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and the record in this case, the Court finds good cause for the Motion and hereby **ORDERS**:

1.      Documents, materials, and information the United States provides as discovery in this matter that may contain personal, confidential, identifying information of individuals, including individual identifying information of health insurance beneficiaries, shall be described as "covered information" for purposes of this Order.

2.      Counsel of record for the Defendant shall hold the covered information produced pursuant to this Order in the strictest confidence. Therefore, defense counsel shall restrict access to the covered information and shall disclose the covered information to his or her client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent necessary to assist in the defense of this matter.

3.      The Defendant shall possess covered information only in the presence of the Defendant's attorney or an agent of the Defendant's attorney, and only as necessary for counsel to perform work related to this case.

4.      Associates and agents of defense counsel, and investigators working with defense counsel, may possess covered information only as necessary to perform work related to this case.

5.      Third parties contracted by the United States or the defense to provide expert analysis or testimony may possess covered information only as necessary to perform work related to this case.

6.      Government personnel and defense counsel shall ensure that the Defendant (in the case of defense counsel) or any third person who obtains access to covered information is provided a copy of this Order or is made aware of its contents.

7.      No person who obtains access to or possession of covered information shall retain such access or possession other than as authorized.

8.      Any person who obtains access to or possession of covered information shall promptly destroy or return such information once the person no longer requires access to or possession of the information to perform work related to this case.

2

9.      Upon entry of a final judgment in this matter and conclusion of any direct appeals,

defense counsel shall destroy or cause to be destroyed all copies of covered information except as

otherwise required to be maintained pursuant to document retention policies.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of May 2026.

_____
RYON M. MCCABE
U.S. MAGISTRATE JUDGE

3