**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-MJ-8086-BER**

**UNITED STATES OF AMERICA**

**v.**

**NIKA MACHUTADZE,**

 **Defendant.**

_____/

**ORDER CONTINUING DEFENDANT'S ARRAIGNMENT**

This matter came before the Court on the parties' Second Joint Motion to Continue Arraignment and for a Finding of Excludable Delay, filed June 1, 2026 (the "Motion"). The Motion seeks to continue Defendant Nika Machutadze's arraignment and preliminary hearing from June 5, 2026, to July 31, 2026. For the reasons stated in the Motion, it is hereby ORDERED AND ADJUDGED, that the Motion is GRANTED and the arraignment and preliminary hearing of Defendant Nika Machutadze is hereby CONTINUED from June 5, 2026, to July 31, 2026 at _____ before the Duty Magistrate Judge.

It is further ORDERED and ADJUDGED that, for the reasons stated in the Motion, the ends of justice served by granting the Motion outweigh the interest of the public and the Defendant in a speedy trial.

The Court finds that the period of time from June 1, 2026, to and including July 31, 2026, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

DONE AND ORDERED at Miami, Florida, this ___ day of June, 2026.

_____

THE HONORABLE RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE