**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-8086-BER**

**UNITED STATES OF AMERICA**

**v.**

**NIKA MACHUTADZE,**

**Defendant.**

_______________________________/

**ORDER CONTINUING DEFENDANT'S ARRAIGNMENT**

This matter came before the Court on the parties' Joint Motion to Continue Arraignment and for a Finding of Excludable Time, filed September 21, 2026 (the "Motion"). The Motion seeks to continue Defendant Nika Machutadze's arraignment and preliminary hearing from September 25, 2026, to October 23, 2026. For the reasons stated in the Motion, it is hereby ORDERED AND ADJUDGED, that the Motion is GRANTED and the arraignment and preliminary hearing of Defendant Nika Machutadze is hereby CONTINUED from September 25, 2026, to October 23, 2026 at ______ before the Duty Magistrate Judge.

It is further ORDERED and ADJUDGED that, for the reasons stated in the Motion, the ends of justice served by granting the Motion outweigh the interest of the public and the Defendant in a speedy trial.

The Court finds that the period of time from September 21, 2026, to and including October 23, 2026, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

DONE AND ORDERED at West Palm Beach, Florida, this ___ day of September, 2026.

________________________________________
THE HONORABLE SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE